Argued March 22, affirmed May 9, 1977

McTEAGUE, *Petitioner,*
*v.*
EMPLOYMENT DIVISION et al, *Respondents.*
(No. 76-AB-1023, CA 7196)

563 P2d 770

Judicial Review from Employment Appeals Board.

Liana Colombo, Eugene, argued the cause for petitioner. With her on the brief was Kulongoski, Heid, Durham & Drummonds, Eugene.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent, Employment Division. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

No appearance for respondent, Del Monte Corporation.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

Affirmed on the basis of *Barrier v. Employment Division,* 29 Or App 387, 563 P2d 1230 (1977).